THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEROL TOMLINSON, | : |
| | : CIVIL ACTION NO. 4:20-CV-1369 |
| Petitioner, | : (JUDGE MARIANI) |
| | : (Magistrate Judge Arbuckle) |
| v. | : |
| | : |
| WARDEN CLAIR DOLL, | : |
| | : |
| Respondent. | : |

## ORDER

AND NOW, THIS __1st__ DAY OF DECEMBER 2020, upon review of Magistrate Judge William I. Arbuckle's Report and Recommendation ("R&R") (Doc. 12) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 12) is **ADOPTED** for the reasons set forth therein;

2. The "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 and Humanitarian Release COVID-19" (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**;

3. There is no basis for the issuance of a Certificate of Appealability;

4. The Clerk of Court is directed to **CLOSE THIS CASE**.

_____
Robert D. Mariani
United States District Judge